1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JARRICK EARL DENEWILER,     )  NO. CV 13-01051-DMG (AS)
                     )
           Petitioner,  )
                     )
        v.          )  **ORDER ACCEPTING FINDINGS,**
                     )
GARY SWARTHOUT, Warden,     )  **CONCLUSIONS AND RECOMMENDATIONS OF**
                     )
          Respondent.  )  **UNITED STATES MAGISTRATE JUDGE**
_____)

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7  DATED:  August 14, 2014

8                                  _____
                                   DOLLY M. GEE
9                                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28