**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JARRICK EARL DENEWILER, | ) | NO. CV 13-01051-DMG AS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| GARY SWARTHOUT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 14, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE